**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| KRISTA SIZEMORE, | : | Case No. 3:25-cv-178 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

This case is before the Court upon the parties' Joint Motion to Refer Matter to Mediation and Stay Discovery and Dispositive Motion Deadlines. (Doc. #14). The parties ask that the Court refer this case to mediation and stay the current discovery and dispositive motion deadlines. *Id.*

The parties' Motion (Doc. #14) is hereby **GRANTED**. This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

The discovery and dispositive motion deadlines are hereby **STAYED** pending mediation. If the mediation does not result in settlement, the parties shall file new proposed deadlines within seven (7) days.

**IT IS SO ORDERED.**

September 8, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge